# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARRIE HARRIS for CIERA MERRIFIELD, | : | CIVIL ACTION NO. 1:17-CV-1087 |
| | : | |
| | : | (Chief Judge Conner) |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| SOCIAL SECURITY ADMINISTRATION, | : | |
| | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 27th day of June, 2018, upon consideration of the report (Doc. 20) of Chief Magistrate Judge Susan E. Schwab, recommending that the court dismiss the above-captioned action because *pro se* plaintiff Carrie Harris ("Harris") is not a lawyer and thus cannot represent her adult daughter in this appeal, and it appearing that Harris has not objected to the report, see FED. R. CIV. P. 72(b)(2), and the court observing that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should "afford some level of review to dispositive legal issues raised by the report," Henderson, 812 F.2d at 878; see also Taylor v. Comm'r of Soc. Sec., 83 F. Supp. 3d 625, 626 (M.D. Pa. 2015) (citing Univac Dental Co. v. Dentsply Int'l, Inc., 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010)), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and,

following an independent review of the record, the court being in agreement with

Judge Schwab that dismissal of the above-captioned action is appropriate, and

concluding that there is no clear error on the face of the record, it is hereby

ORDERED that:

1. The report (Doc. 20) of Chief Magistrate Judge Schwab is ADOPTED.

2. The above-captioned action is DISMISSED.

3. The Clerk of Court is directed to CLOSE this case.


    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania